TED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LAWRENCE GEORGE HASH,<br><br>        Plaintiffs,<br><br>    v.<br><br>KELLY SANTORO,<br><br>        Defendants. | Case No.: 19-cv-00784-SVK<br><br>**CERTIFICATE OF SERVICE** |

I, the undersigned, hereby certify that:

(1) I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California; and

(2) On 3/15/2019, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an interoffice delivery receptacle located in the Clerk's office.

    Lawrence George Hash ID: P-00376
    North Kern State Prison
    P.O. Box 5000
    Kern, CA 93216

Dated: 3/15/2019

                                          Susan Y. Soong
                                          Clerk, United States District Court
                                               *Susan Y. Soong*

                                          By: _____
                                          Betty Walton, Deputy