UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LAWRENCE GEORGE HASH,<br><br>          Petitioner,<br><br>     v.<br><br>KELLY SANTORO,<br><br>          Respondent. | Case No.: 19-cv-00784-YGR<br><br>**CERTIFICATE OF SERVICE** |

I, the undersigned, hereby certify that:

   (1)   I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California; and

   (2)   On 5/1/2019, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an interoffice delivery receptacle located in the Clerk's office.

Lawrence George Hash ID: P-00376
North Kern State Prison
P.O. Box 5000
Delano, CA 93216

Dated: 5/1/2019

Susan Y. Soong
Clerk, United States District Court

By: *Frances Stone*
Frances Stone, Deputy Clerk to
the Honorable Yvonne Gonzalez Rogers